# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:91-cr-00254-JCL-2

Case title: USA v. JONAS, et al

Date Filed: 06/05/1991

Assigned to: Judge John C. Lifland

### Defendant

**EDUARDO MANTILLA (2)**  represented by  **EDUARDO MANTILLA**
FED. REG. # 14869-050
FEDERAL CORRECTIONAL COMPLEX
PO BOX 1032
COLEMAN, FL 33521-1032
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Waived or Self (Pro Se)*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
None

### Disposition

https://ecf.njd.uscourts.gov/cgi-bin/DktRpt.pl?619088441138101-L_280_0-1

Exhibit-C
5/11/2005

| | | |
|---|---|---|
| 12/14/2004 | 10 | USCA NOTICE as to EDUARDO MANTILLA Dismissing appeal 04-4372 re 9 Notice (Other) (jn, ) (Entered: 12/21/2004) |
| 02/07/2005 | 11 | Petition for Correction of an Illegal Sentence filed by EDUARDO MANTILLA: Case No. 05-cv-761 (JCL). (ji, ) (Entered: 02/08/2005) |
| 03/28/2005 | 12 | APPLICATION/PETITION for sentence reduction pursuant to 3582. (jn, ) (Entered: 04/01/2005) |
| 04/28/2005 | 13 | APPLICATION/PETITION For appointment of Federal Public Defender. (jn, ) (Entered: 04/28/2005) |
| 05/04/2005 | | Document #11 incorrectly docketed as 2255 in Cv 05-761 is to be considered as a criminal motion for correction under cr 91-254 as to EDUARDO MANTILLA. (jb, ) (Entered: 05/04/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/11/2005 18:08:32 | | | |
| PACER Login: | cf1325 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:91-cr-00254-JCL Start date: 1/1/1970 End date: 5/11/2005 |
| Billable Pages: | 2 | Cost: | 0.16 |